UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC URBAN RESIDENTIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAREN A SMITH, et al.,<br><br>Defendants. | Case No. 18-cv-00017-EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND REMANDING TO ALAMEDA COUNTY SUPERIOR COURT**<br><br>Docket No. 9 |

On October 31, 2017, Plaintiff Pacific Urban Residential LLC filed the instant unlawful detainer action against Defendants Karen A. Smith and Verna Gilbert in state court. On January 2, 2018, Defendants removed the action to federal court, asserting federal question jurisdiction. Defendants also filed motions to proceed in forma pauperis, which Judge Beeler, the then-assigned judge, granted.

On January 22, 2018, Judge Beeler issued her report and recommendation ("R&R"), recommending that the Court remand the case back to state court for lack of subject matter jurisdiction. The R&R was served on Defendants by mail that same day. The Court has not since received any objection to the R&R from Defendants.

///

///

///

///

///

///

///

///

The Court has reviewed Judge Beeler's R&R; finds it correct, well reasoned, and thorough; and therefore adopts it in every respect. Accordingly, the Court hereby **REMANDS** the instant case to the Superior Court of Alameda County. The Clerk of the Court is instructed to close the file in this case.

This order disposes of Docket No. 9.

**IT IS SO ORDERED**.

Dated: February 12, 2018

_____
EDWARD M. CHEN
United States District Judge